IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Venzant, James | Case Number: 05 B 09883 |
|---|---|---|
|  | Vezant, Anice | Judge: Wedoff, Eugene R |
|  | Printed: 11/25/08 | Filed: 3/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,300.00 |  |
| Secured: |  | 17,984.57 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,223.45 |
| Trustee Fee: |  | 1,091.98 |
| Other Funds: |  | 0.00 |
| Totals: | 22,300.00 | 22,300.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,295.70 | 3,223.45 |
| 2. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Secured | 15,115.47 | 7,400.00 |
| 7. | GMAC Mortgage Corporation | Secured | 4,256.50 | 1,560.62 |
| 8. | Irwin Home Equity | Secured | 1,978.80 | 725.52 |
| 9. | EMC Mortgage Corporation | Secured | 8,275.93 | 1,211.13 |
| 10. | Bank One | Secured | 7,087.30 | 7,087.30 |
| 11. | Nicor Gas | Unsecured | 66.49 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 293.51 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 173.16 | 0.00 |
| 14. | Wells Fargo Fin Acceptance | Unsecured | 924.29 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 1,180.56 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,606.10 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 563.50 | 0.00 |
| 18. | United Cash Loans | Unsecured |  | No Claim Filed |
| 19. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
| 21. | PB-ENG/GEMB | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,817.31 | $ 21,208.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Venzant, James<br>Vezant, Anice<br>Printed: 11/25/08 | Case Number:  05 B 09883<br>Judge:  Wedoff, Eugene R<br>Filed:  3/18/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 134.99 |
| 5.5% | 374.00 |
| 5% | 72.71 |
| 4.8% | 146.20 |
| 5.4% | 287.28 |
| 6.5% | 69.50 |
| 6.6% | 7.30 |
| | $ 1,091.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

